UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ATHEY CREEK CHRISTIAN FELLOWSHIP, | No. 24-5104 |
| Plaintiff - Appellant, | D.C. No. 3:22-cv-01717-YY District of Oregon, Portland |
| v. | ORDER |
| COUNTY OF CLACKAMAS, | |
| Defendant - Appellee. | |

The reply brief submitted by Appellant Athey Creek Christian Fellowship is filed.

Within 7 days of this order, Appellant Athey Creek Christian Fellowship must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Athey Creek Christian Fellowship are filed. Within 7 days of this order, Appellant Athey Creek Christian Fellowship is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery

and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT